# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America )
v. )
) Case No. 1:22-mj-293
Douglas Wilfredo Martinez )
) **UNDER SEAL**
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **2011 to the present** in the city/county of **Fairfax** the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to distribute 1000 kilograms or more of marijuana and 5 kilograms or more of cocaine, Schedule I and II controlled substances. |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA James L. Trump
*Printed name and title*

*Bridgit DePietto*
*Complainant's signature*

FBI Special Agent Bridgit DePietto
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: 10/24/2022

Digitally signed by Ivan Davis
Date: 2022.10.24 15:33:31 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

The Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*