IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.                                         No. 1:22-mj-293

DOUGLAS WILFREDO MARTINEZ,

Defendant.

## STATUS REPORT

During the preliminary and detention hearings conducted by this Court on October 28,

2022, counsel for the defendant raised concerns abou the defendant's health while detained at the

Alexandria Detention Center.   Counsel for the government suggested that a Court order may be

necessary to ensure that the defendant receives proper medical treatment while detained.   After

consulting with officials at ADC and conferring with defense counsel, the government is

satisfied that an order is not necessary at present, as discussed below.

1.      Following the hearing, government counsel communicated by email with officials

at ADC.   According to ADC's medical director, the defendant was scheduled for a medical

examination at the jail.   The medical director indicated that, for security reasons, he could not

disclose the exact date and time of the examination.   He also informed me that access to the

defendant's medical records and history would be helpful in conducting the examination and

treating the defendant at the facility.   The director also informed me that outside food was not

permitted at the jail for health and security reasons but that the jail would be able to

accommodate the defendant's dietary restrictions.

2.      After communicating with the medical director, I relayed this information to

defense counsel and provided counsel with the director's contact information.   Defense counsel

indicated that he would provide the jail with the defendant's medical records.   Defense counsel also indicated that he would discuss the defendant's dietary restrictions with the medical director.

3.      Defense counsel subsequently informed me that ADC would be able to provide the defendant with foods the defendant can consume given his very restricted diet.

Government counsel will continue to monitor the defendant's health while detained, as will defense counsel.   Government counsel will also communicate with the USMS as to the defendant's condition and inform the USMS of any changes in this condition that may require additional attention or treatment.   If, at any time, the government believes that the defendant is not receiving adequate medical treatment, the government will inform the Court and, if necessary, seek an order requiring such treatment.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: JAMES TRUMP

Digitally signed by
JAMES TRUMP
Date: 2022.11.03
12:55:38 -04'00'

James L. Trump
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2022, I served by electronic mail a copy of the

foregoing Status Report on Daniel Goldman, counsel of record for Douglas Martinez.

JAMES
TRUMP

Digitally signed by
JAMES TRUMP
Date: 2022.11.03
12:56:18 -04'00'

James L. Trump
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3726
jim.trump@usdoj.gov