IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:23-CR-15 |
| | ) | |
| v. | ) | Count 1: 21 U.S.C. § 846 |
| | ) | (Conspiracy to Distribute and |
| DOUGLAS MARTINEZ, | ) | Marijuana, THC, and Cocaine) |
| | ) | |
| Defendant. | ) | |

January 2023 Term - At Alexandria

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**Conspiracy to Distribute Marijuana, THC, and Cocaine**

Beginning in or about early 2011, and continuing thereafter up to and including February 2019, the exact dates being unknown to the grand jury, in the Eastern District of Virginia and elsewhere, the defendant, DOUGLAS MARTINEZ, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown to the grand jury, to commit the following offenses:

(1) to unlawfully, knowingly, and intentionally distribute more than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and (2);

(2) to unlawfully, knowingly, and intentionally distribute a mixture and substance containing of a detectable amount of tetrahydrocannabinol (THC), a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (2);

(3) to unlawfully, knowingly, and intentionally distribute a mixture and substance containing of a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (2).

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL:

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON

Jessica D. Aber
United States Attorney

By: /s/ James L. Trump
James L. Trump
Assistant United States Attorney