UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| United States | ) | Criminal Docket # 1:23CR00015 |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Martinez, Douglas W. | ) |  |
|  | ) |  |

## ORDER

The following Condition(s) of Release shall be added:

1) Submit to testing for a prohibited substance if required by the Pretrial Services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, remote alcohol testing system, and/or any form of prohibited substance screening and testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency or accuracy of prohibited substance screening or testing;

2) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services office or supervising officer; and

3) Submit to mental health testing and treatment as directed by Pretrial Services

All other conditions of release remain in full force and effect.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
U.S. District Court Judge

March 29, 2023
Date